# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK

Syracuse Office

4 Clinton Square
3RD FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

Lisa Peebles – Federal Public Defender
Anne LaFex – First Assistant

Albany Office

54 State Street
STE 310
ALBANY, NY 12207
(518) 436-1850
FAX (518) 436-1780

January 8, 2025

Hon. Mae D'Agostino
U.S. District Court Judge
Northern District of New York
James T. Foley United States Courthouse
445 Broadway
Albany, New York 12207

> Re:    *United States v Thomas Berrington*
> *1:24-CR-369 (MAD)*

Dear Judge D'Agostino:

Enclosed please find as character references letters on behalf of Mr. Berrington in the above referenced matter from:

Sarah Berrington
Rev. James Diaz
Diane Delamater
Alysha Wilcox
Christopher Burdick
Michael Dunsmore
Audie Burdick
Colleen Groff
Samantha Carpenter

Ms. Berrington's and Ms. Wilcox's letters were redacted pursuant to local rule to remove identifying information regarding minor children.

Thank you for your attention to this matter.  Please contact my office with any questions.

Very truly yours,

Eric K. Schillinger

Enc.

cc:     AUSA Adrian LaRochelle, Esq.
        Client

Sarah Berrington
62 Fredrick Ave
Albany Ny 12205
(518) 953-8716
Sberrington89@gmail.com
12/15/24

Judge Mae D'Agostino
US District Court Judge
445 Broadway
Albany NY 12207

My name is Sarah Berrington and I'm Thomas Berrington's wife. I've known Tom for just over a decade and we have been married for 8 years. I have recently been faced with a situation no one prepares for, I never thought we would be here. We both love our children whole heartedly. I care for my children more than anything else in this world and did not hesitate to protect them. I never have. I understand that this is difficult for anyone who doesn't know my husband and I to accept my support of my husband. I very respectfully ask that you please consider all aspects of the case and these letters before making a decision, as the full picture may not be immediately apparent.

I'm 35 and work full-time as an aircraft analyst with a part-time job. Me and Tom have always been productive members of society and worked to support our family together. We have seen each other at our best and worst like in most marriages. I by no means am going to sit here and tell you we had a perfect marriage but what I can tell you is through all of it, Tom has always remained caring, supportive and wanted the best for me and the kids. We value teaching our kids manners, morals, compassion and solving their problems through communication. We both grew up in broken homes and had abusive childhoods. We had a lot of talks about how we wanted our kids to grow up in a stable home and that they would know they are loved and supported.

Tom would come home after working all day and make time for the kids. Sometimes when he was busy working outside on his truck or his stepbrother's truck after working all day I would try and walk the dogs with the kids by myself and he would always stop me and tell me "It's more important to take the walk, the work can wait till I get back." Other times he would encourage the kids to come help him with the trucks or go on a trip to home depo which our son refers to as "daddy's second job" he thinks Tom works there. Our son loves a game called Minecraft where you use tools to build, and ▮▮▮▮ always gets excited to go into home depo. Tom built a work bench in the basement where we stored a lot of tools, we put a lock on it and Tom went over safety rules with the kids to take all precautions. He is always vigilant about maintaining a safe environment for me and the kids. If you left a tool on the floor chances are my kids can tell you what tool it is and the safe way to pick it up. My favorite verses in the Bible is Song of Solomon 3:4, I told Tom I wanted to buy a sign with the verse on it and he told me he could make it for me. He did just that, he took the time to find the perfect wood and craved it in

himself and stained it for me. He did this before he came to know the Lord personally, he always puts so much love and energy into his family.

I have seen the negative effect my husband's absence is having on the kids, Tom always promised he'd be there for them, and he always kept his promise. Unfortunately, that promise was broken for the 1st time, when my daughter realized her father would not be there for her birthday, she said, "But dad promised" and then she asked if she would at least get a card, and I had to tell her no and explain that contact is not allowed. You could see how physically hurt and upset she was by this. I asked her how she felt, she told me she understands what he has done was wrong but said she still loves him. My children both ask about him and how he is doing. They ask when they will be allowed to talk to him and see him. Last week ███████ came up to me and said I want to show you something, she brought me ███████ tablet and said here ███████ is building these for dad in his Minecraft Game. He built crosses in his town, at which point ███████ overheard and said" yup! They're for daddy! "Tom is very much missed and loved, and his absence affects everyone that matters.

Tom and I always tried to give the kid's the best of what we have despite any situation. In December 2023 we moved into my father's house because the business was failing despite our best efforts. As a last effort to save our house from foreclosure Tom was working with a realtor and putting his best efforts into fixing whatever was needed to sell. The move into my father's was only temporary while renovations were being done, the floor being a huge part, so we brought the basics.

I would have liked to have the chance to speak with the person in charge of doing the PSI, but they unfortunately never reached out to me and gave me that opportunity. I take my children's physical and mental health very seriously; ███████ has been going to therapy. I'm currently working with the same office to get ███████ in because I worry not being able to talk to or see his father will affect him negatively. When ███████ had her initial interview down in Albany the woman that interviewed her came out and told me I had a beautiful relationship with my daughter. When CPS came to do their in-home check, they told me they could see the kids were well cared for and haven't been back since. CPS called me Nov 15th, 2024, at 11:13am to schedule an in-home visit so that they could close the case. We scheduled it for Nov 18th at 4:30pm but they called me back Nov 18th at 2:12pm to cancel my appointment. When I asked why they said it was an unrelated emergency, and they would call me back later that week. I have called the case worker to reschedule, they have not called me back. We have never had a case before, and you can imagine my disappointment when they canceled.

Tom would always try and include the kids whenever possible. When we were repainting the house, he showed the kids how to paint small sections when doing the first coat. We always encouraged the kids interests and one that is close to my heart is art and so me and Tom took our daughter to a Van Gough exhibit down in Schenectady. When I was going through post-partum Tom was always supportive and understanding, he planned a date night and took me to my first concert ever. We have been to a few over the years one of my favorites was seeing Darius Rucker and Lindsey Sterling a violinist. The kids grew up with a love for music and so we got tickets so

could go to her first concert and see Hasley in NJ. Tom had the idea for our son's room since he loves monster trucks to set up used tires from a bike store that he got and put tracks from, and old train set in the tires so our son could display his favorite ones. We would take trips to the Saratoga children's museum where my son's favorite room was the construction room, we always had to stop there first. Tom would build with the kids, towers and forts.

Tom has done so much for us all, one of the things I love is the dresser he has made for me he found an old dresser someone was throwing away and brought it back to life he carved butterflies in it for me because they are my favorite and my initials as well. Last Halloween Tom had a contract to work in Vermont on a modular home, I was on contract to clean that day so we drove out early so we could be back in time. Tom came down with a bad fever and it took us longer than expected but we made it back in time to take the kids trick or treating, we had promised to take them. My father offered but the kids were adamant that they wanted us, I told Tom the kids would understand if he wanted to lay down and not walk in the cold with his fever after working and driving, but he said" absolutely not, we promised we would take them and well take them together". The resolve he has for his family is unmatchable.

Tom is always thoughtful, when he took down the old rundown porch and rebuilt a new one, he included cubbies so the kids could store their toys. He flipped over a section of patio blocks and said it's so the kids could have a flat surface to play with chalk. My first pregnancy was an emergency C section, and so due to complications my doctor suggested it would be best to do a scheduled C section for my second pregnancy, I was scheduled at 5am. Tom and I decided we wanted to make our daughter's last day as an only child special, so we took her to the arcade and had an absolute blast.

When it came to his business, he talked many times about how he wanted it to be something he could pass down to the kids if they wanted to be a part of it. He often told me he wanted the business to have value and stand for something. Three years ago, right around Christmas, Make A Wish reached out to him for a job. Winter is slow for us, and he knew we could use a profitable job, however he came to me and asked if we could make it work finically. He explained this was important to him but also a way for the business to mean something. Tom did such an amazing job building the inside treehouse that the family he did the build for personally reached out to him and thanked him and let him know that their child played in the treehouse every day until they passed. It was a very emotional letter, and we all struggled when we found out God received another angel. Make a wish came back the next year and asked him to do a 2nd project where he built a patio with a wheelchair swing surrounded by a garden of flowers.

Tom is someone who tries to look out for people, his step brother, Mike used to not be a part of the family because of stealing from the family and drug addiction in the past. Tom accepted his stepbrother into our family when he was trying to be clean and be better. Mike has a childhood friend Chris that moved from Argentina to America a year and half ago and he needed work. Tom gave him work when we had it so that way, he could save to move his wife and kids to America. Chris told Tom he didn't have enough money to move everything and that his kids wouldn't have much. Tom came to me and said I know you don't know him that well but can I

use my "mom skills" and help find some secondhand toys or if even, we had extra blankets around etc. I was happy to help, and Chris drove away with a car filled.

Tom's Mother Darcy had a very negative effect on Tom and was always a trigger for him. She was controlling and often called him to "family meetings" that she told me I was not welcomed at. I didn't understand this and felt left out, little did I know what was going on and what had taken place all his childhood. When she passed, Tom told me he didn't feel like himself anymore. Tom was struggling and suffering inside, and I didn't see it. Tom has admitted he is ashamed of what happened to him when he was younger. I know what it's like to think nobody will understand and believe you. Darcys 2nd husband wasn't much of a person either, I stood up for tom while pregnant and he threatened to throw me through a big bay glass window. Tom, before being incarcerated, was getting CT scans of his brain because he was having extreme anxiety and some neurological problems. I know that since incarcerated he has seen a doctor outside and they suggested that the migraines he has been having on the side of his brain where his tumor is. I'm not a doctor or a psychiatrist so I can't even be to describe what generational trauma can do to a person, but I can tell you surviving it myself it is very real and does play a part in your lives whether you want it to or not. I struggle with it daily and Tom has always been someone of positive encouragement and a safe space.

Even through the trauma that he endured, Tom grew up with a positive outlook on life. Tom believed there was value in hard work and never ran away from it, he would encourage me to be a great mom and without him I do not believe I would have come as far as I have in my own healing. Our kids are amazing people, and he was a lead role in that. Tom is slow to anger and has always chosen to step away in a confrontation for some fresh air and come back when everyone has cooled off. He is not addicted to drugs, barely drinks, he does not use derogatory remarks or lash out verbally or aggressively or talk to me and the kids in an abusive way or even be remotely disrespectful. I have never once been afraid of him, he is the person I come to when I'm afraid, frustrated and need help. Even if we are having a disagreement, he told me he would always pick up if I called and he has always kept his word. He is dependable and trustworthy and has been that person for many of my friends, my heather was complaining that her landlord was taking forever to change the doorknobs and locks, and she was worried for her and her children's safety because the door wasn't locking right so after working all day, he went over and helped her.

I have learned that through some of the deepest ashes can come the most beautiful redemption. My faith has always been a part of me and Tom has been supportive and talked about it with me. I started to take the kids to Sunday school and summer Bible camp he always encouraged it. A few years ago, my faith was struggling as we were dealing with the chaos of life and kids and all the stress of the business and the debt. Tom started attending church at the Facility he is at. As his faith grew, he encouraged me to go back to church and take the kids to Sunday school. We have started to read together, and he sends me daily verses. We have started praying together at most visits before we start catching up and most importantly, we pray for our family. Tom never picked up a Bible until a few weeks after being incarcerated.

When Tom returned to the facility after his plea hearing he found that his Bible was stolen from his cell, he was crushed he said it is his most prized possession in there and often falls asleep reading. Tom has repeatedly expressed his soul is in agony over what happened and that He never wanted this to happen and repeatedly asks for forgiveness for hurting his family. He has told me that he has yet to able to forgive himself and I pray that God helps him through. This road of healing we are all on is a long one, we are trying to take as many steps as possible while the situation only allows for so much.

Tom has asked for some reading material and workbooks about generational trauma and takes classes on his tablet. The situation only allows for so much, we would like to attend marriage counseling in the future but for now we read marriage books together. There are questions on every chapter that require you to refer to scripture when answering, he answers them by chapter, the last chapter he sent me was a 13-page letter the one before those 11 pages and he's currently working on chapter 3. Some of the books we have read are "The power of a praying wife "and "The power of a praying Husband ""Healing Your Marriage When Trust Is Broken ", we are currently half way through "Rebuilding A Marriage Better Than New "and we both already have the next book "Lead Me, Holy Spirit".    What occurred goes against everything we have built together and stood for; I do not condone any of it. I do acknowledge his attitude about the situation and his dep remorse. I pray that you can see all the love and support he has put into this world and our family. God says we should forgive like He forgave us but that is easier said than done. My forgiveness comes from loving God and knowing that the light I have seen him pour out of his heart all these years speaks of his true character. While we cannot change the past, it does not define us, God's restorative power does. I pray and ask you to please consider leniency for us all when it comes to Tom's sentence.

My children have lost so much, to take their father away from them permanently would do unimaginable damage to an already fragile situation. We only get one life, unfortunately we cannot erase the past but we can stop the trauma here, we can move forward into a positive future. This path we have chosen to take has come from the willingness of Toms attitude and the commitment he shows to working towards being better. I believe Tom is worth saving and the future for all of us is healthy and successful. Tom asks me for one thing, he asked me to please not let his kids grow up thinking he doesn't love them. Tom has expressed a deep desire for everyone to get therapy and counseling. I'm here for my family. I love them all and only want what is best for everyone. I will always be a pillar of strength, support and stability for my kids and my husband. Tom is so much more than his charges and I pray you can see this; through love he has for his family and all the support he has given to us all. I'm asking that you would please have mercy on him. God's grace does not remove consequences; Tom acknowledges the pain of everyone affected by his actions and accepts responsibility. I know Tom will not waste any opportunity given to him to show how sorry he truly is.

Sincerely thank you for your time,

Sarah Berrington

January 3, 2025

Honorable Mae D'Agostino
United States District Court Judge
445 Broadway
Albany, NY 12207

Re: Thomas Berrington

Dear Judge D'Agostino,

I have been meeting with Thomas on a weekly basis through the prison ministry in which I serve and have observed a significant change in the person that he was.  I started meeting with him a little over two months ago when he started attending church services and one-and-one counselings and can attest to the spiritual growth I have seen in him.  He has expressed remorse for what he has done and has repentant heart.  I know he was no angel while on the outside, but he does realize what he has done was wrong and remains ashamed and broken hearted knowing the hurt and damage that he has caused.

I would be more than happy to speak more with you regarding Tom should you desire.

Very truly yours,


Reverend James Diaz

Diana Delamater
50 Dana Ave Apt 205
Wynantskill NY 12198
November 11th, 2024
(518) 368-8575
Nanadella_dellanana@yahoo.com

Hon. Judge Mae D' Agostino
US District Court Judge
445 Broadway Albany NY 12207

Dear Honorable Judge Mae D' Agostino, my name is Diana Delamater, I am devoted to my catholic faith and believe God is good. I have known Thomas Berrington since before he was even born, I love my grandson, he has always been there for me and his family. Tom is more like a son to me than a grandson. I understand the gravity of his charges and do not make light of them, I care deeply for everyone in this family. My grandkids are so precious to me, and I love them dearly. With respect I ask you to please show compassion to my grandson and his family when sentencing.

Tom has always had an exemplary work ethic, even from a youthful age. He started mowing lawns and would go from house to house. When he was 16, he took an interest in cars and got a job in an auto shop. He has had a job ever since, sometimes two, on top of side work. Tom is someone who takes the initiative. He is reliable, trustworthy and dependable. When he wanted his first car, he asked to borrow 1,500, the car was in a field and did not run. He used the money to buy parts and got the car running. It was within that same year he came walking through my door and paid me the full amount. I told him if he needed more time, he could take it, but he said it was important to him that he paid me back. I have offered money many times even when I know he or his family was in a tight position as many nanas would for their grandsons, but Tom has always refused. He says he appreciates it but that he would never accept it unless necessary and only for his family. A couple of years ago I offered to help him buy a new truck with my credit and he politely refused. His Sonoma truck was so old you could see through the floor. However, Tom said they were about to buy a new car for Sarah and the kids and keeping them having a reliable, safe car is more important. He told me not to worry about him and that when they were in a better position, he would get another truck.

As a man he shows the same characteristics by being a financial and emotional support for his family. I have had plenty of family that said they would help and then never show up or just tell me they were too busy. However, if Tom says he is going to show, he always does, especially if he knew other people did not show. About 8 months ago I asked my son Brian to

move a chair to my friend's house and my friend asked her son to help him and 2 months later all they kept saying was they would get to it. Honestly, I did not even ask Tom because I know how busy he is with work and family. Tom was in the neighborhood and stopped by after I was on the phone with Brian, Tom overheard and offered to help. He was there the next day moving my chair by himself. In November I wanted my bathroom painted, Tom made time and moved everything out of my bathroom, painted and put everything back. He was here all day, I did not have to lift a finger, and I could not be more thankful for him.

Tom is a productive member of society and a huge help to the community. I cannot count how many times neighbors have come up to me and asked if Tom would be available to help them. Many of them are elderly, some have no form of transportation and cannot afford to have someone fix it or pay a shop price. He is always understanding and mindful of this. I have had neighbors come and thank me for his hard work and tell me what an excellent job he has done. As much as Tom likes to work, he strives to put his family first and stands up for what is important to him. I found out years later that when he was younger, he lost a job in return for helping me move. When I asked him about it, he said he never took time off and his boss did not understand. So, he lost the job but helping me was more important because he said he would, and he got a job later that week, "no need to worry nana", that's what he told me.

Tom keeps his family a priority and is available for them. He is there for every important event. He takes the day off for every birthday party for the kids where he would devote the entire day to setting up and preparing for hours. Not everyone got along but Tom and Sarah advocated that everyone was welcomed if everyone knew the day was about family, He genuinely cares for his family. I have seen the love and care that he has in his heart for them. Tom will talk to his kids on their level and explain things to them, he takes interest in all the things they love. He plays Legos and dominos with them, trips to the movies and their favorite is the arcade. Two Christmas ago Sarah and Tom took the kids to the Great escape Lodge on Christmas eve and the kids still talk about it! Every year they take the kids apple picking and always invite me, it is the best time, Tom always asks the kids to pick their favorite apples, and he lifts them up so they can pick the apples they can't reach and if it's too high I've seen him climb the highest tress to get the apples they want. He is above everything else a loving and caring father and husband. When sarah and Tom do not see eye to eye on a matter they resolve the issue peacefully, they are the most loving parents I know. Tom has always preferred to talk things out, he has always been reserved and calm, even as a child.

Tom's relationship with his mother has been exceedingly difficult. After Darcy passed away from brain cancer a year ago in spring 2023, we all struggled. She was the sole root of a lot of pain for all her children, as her mother, everything she has done hurts me in ways words can never express. Tom has suffered through a lot of childhood trauma. Me and Darcy were close when Tom was a baby and small child but somewhere in between she started to distance

herself very aggressively from me and shut me out. Tom started at an early age to struggle with nightmares, and I found out after the math that he would be at the hospital for various reasons and Darcy just told me repeatedly not to worry about it. Lately Tom has been struggling with an extreme amount stress and health problems

This family will be lost without him being around and willingness to help and desire to provide for his family. He has repeatedly expressed sorrow and desire for everyone to get any help they need. He is eager to continue to seek medical help and start therapy. I have been and will always be here for him and sarah and the kids. My home, door, and heart will always be open for him, and he always has a place to stay. My biggest fear is that he will not have the chance to make amends, I know this is his biggest nightmare. I want to pass knowing my family will be more than just okay. I am asking you to please give this loving family a chance at a positive, successful outcome. I am 75 years old, going blind in one eye and borderline heart failure. I need Tom more than ever now, we all do. We only get one chance at this life; we all fall short but we all can find peace and meaning and healing given the chance. He means the world to me, and I will always love him, I miss him dearly. Thank you for listening to a very broken nana.

Sincerely, Diana Delamater

Alysha Wilcox
alysha.wilcox8@gmail.com
518.894.1969
27 Continental Ave
Cohoes, NY 12047
12.24.2024

Judge Mae D'Agostino
US District Court Judge
445 Broadway Albany NY 12207

Dear Hon. Judge D'Agostino,

    My name is Alysha Wilcox, and I am a close friend of Sarah Berrington. I have known Tom for the last 10 years. I have known Tom as a caring and loving husband to Sarah and father to ████████████████ I've known Tom to be a well-mannered person towards everyone he meets. He has held a high regard in ensuring that those around him are taken care of. Tom has gone the extra step to be there for Sarah and the kids when it was needed. When it comes to his business, Tom has held himself to a high standard when operating it. I've seen professionalism of his work through the social media posts for his business. I've observed the upmost care from both Sarah and Tom as they parent ████████████ Ensuring their safety has always been their number one concern.

    I've watched Sarah go out of her way to ensure that both ████████████████ needs are always met. There have been many adventures to the local mall for endless fun at Dave and Busters for arcades, bowling at the APEX Center, trips to the movies, and glow in the dark mini golf. The kids continue to show how happy they are as Sarah has shared spa days with ████████ played dinosaurs with ████████ while in the world of Minecraft. She also continues to share a bond with ████████ over a shared interest of Anime.

    Tom has always found time to spend with Sarah, ████████ and ████████ When at their house, I have always seen Tom get down on the floor when asked by ████████ and ████████ to play with them and their toys, sit with them to watch the latest show or movie that has caught their interest, or create some arts and crafts. I've seen Tom go out of his way to ensure that he and Sarah had proper date nights for themselves. They have enjoyed countless concerts, while ensuring that both ████████ and ████████ were safely taken care of with friends and family who love them dearly. Tom cares about the safety of Sarah and her friends when it comes to girls' night events that Sarah has held. If there has been alcohol

involved at the safety of their house, Tom has ensured that there was a safe way home for those who needed one. Otherwise, pillows and blankets were always offered to spend the night for a safe drive home the following day. The impact of Tom's sentencing could affect ▮▮▮ and ▮▮▮ in their well-being of growing up without a father. They do miss spending time with him after what would be his usual time after getting home from work.

I've observed Tom numerous times over the years, working extra hard to ensure that both ▮▮▮ and ▮▮▮ had the best life. Since the day both ▮▮▮ nd ▮▮▮ were born, I've seen them both show pure excitement, and it grow every year for holidays and birthday celebrations thrown for them. Before and after the party in making sure that decorations were in place, and that every aspect of a birthday party was in order for either kid to have the best day one could have. He would make sure if anyone needed a ride to any festivities, he was available.

I have always seen Tom conduct productive views towards others and the activities he does. The relations he has had with his parents and siblings have been that of uncertainty. The relationship one has with their parents and siblings can be rather difficult no matter how close a family appears. There recently have been family health issues that have affected all those who are close differently. I believe the health issues that arose within the inner circle of him with his parents and siblings could be the reason behind what he had done. I believe this could have brought back bad memories and experiences of what had happened to him growing up. With this in mind, this could be the reason as to why he had done what he did and to instantly regret what he had done.

Truthfully, I believe Tom is sorry for what he has done. I do not agree with his actions. I understand the consequences for such actions are serious. Tom takes complete accountability, he Acknowledges the pain he has caused to the people he loves the most in this world, and his sincere remorse is evident. Please reference this letter when deciding this family's fate. I give my support, and know tom is willing and committed to never make this mistake again. At the end of the day both Tom and Sarah would go to the ends of the earth to ensure that ▮▮▮ and ▮▮▮ are taken care of no matter what. Both ▮▮▮ and ▮▮▮ see every day, just how much they are loved by their parents.

Sincerely,
Alysha Wilcox

AlyShelwlcop

Christopher Burdick
62 Fredrick Ave
Albany N.Y. 12205
Chrisburdick777@gmail.com
(518) 365-6315
October 5th, 2024

Judge Mae D' Agostino
U.S. District Court Judge
445 Broadway Albany N.Y. 12207

To whom it may concern my name is Christopher Burdick. I am Thomas Berrington's Father-in-law. I am 55 years old; I am retired from working two full-time jobs. One for the state 27 years and 29 for the railroad. I have known Tom for 12 years. I have worked alongside him at the railroad, I have invited him into my family, and I have lived with him in his and my daughter's house.

I am honored to call him son. He has always been someone who instills pride in me. When I first met him he was a respectful, hardworking young man. As part of the family, he portrays that tenfold. The values he has and the way he carries himself and the way I have seen him care for his kids and my daughter make him a better man then most. I understand how difficult it must be to understand were I`m coming from when you do not have the opportunity to know him for many years on a personal level like I have.

We all have our sins to atone for, I have many of my own. He has never once looked at me differently because of that, the only thing he ever asked of me was to be someone the kids could always depend on. I want to give him the same respect he has always given me. Tom and Sarah have given me a chance to atone through being a part of my grandkid's lives. We are rewarded with very few second chances in life, and I will forever be grateful they gave me mine. When I needed a place to live, they took me in and cared for me. Every time I ever needed him, Tom was there standing behind me, always extending his hand to help.

Tom suffered from night terrors that kept him up a lot of nights and I worked midnights all my life so I often struggled to sleep, on many of those nights we stayed up on the back porch talking together, we talked about faith in God and we talked about what he wanted in life for his family and the time we spent and conversations we had are most cherished in my heart.

The man I know Tom to be, he is suffering inside, I can hear the penitence in his voice. I know how badly his family depends on him and how much we all love and support him. Although what has happened is inexcusable, a way worse fate for this family is one that discourages healing. Keeping Tom in prison for an extensive period would harshly affect everyone. For the sake of my grandkids and the entire family I ask you to find room in your heart for forgiveness and grant him the most leniency you can.

Thank you.

Sincerely, Christopher Burdick

12/12/2024

Hon. Judge Mae D'Agostino
U.S. District Court Judge
445 Broadway Albany NY, 12207

Dear Judge D'Agostino

I'm Sending this letter to request leniency on behalf of Thomas Berrington.

As a member of the Harvest Prison Ministry I have had the opportunity to meet and speak with Mr. Berrington, an inmate at Albany Correctional Facility. When I first met Thomas I noticed that he was a very shy and isolated individual. We spoke at length about faith and God.

Tom eventually opened up to me and decided to talk about the reasons why he was incarcerated. This was very hard for him to share and he showed a tremendous amount of remorse while sharing these things with me. Tom is a good man who loves his family so it remains hard for me to believe that he was able to commit these acts. While talking about his situation he has always been remorseful and saddened by what he had done. Thomas is taking full responsibility for his actions and acknowledges that he must make reparations for it. He continues to keep a positive outlook for his future and look to God for strength in these trying times.

Thank you for your time and consideration.
Sincerely,

*Michael Dunsmore*
518-416-0446


Michael Dunsmore
Harvest Prison Ministry

Audie Burdick
62 Fredrick Ave Albany Ny 12205
December 9th, 2024

Judge Mae D' Agostino
US District Court Judge
445 Broadway
Albany NY 12207

Dear Honorable Judge Mae D` Agostino,

My name is Audie Burdick, I`m here to write on the character of Thomas Berrington my brother-in-law, whom I have personally witnessed be a good father and consistent support for his family and community. Toms action speaks volumes about his character.

When I was younger and needed to move out of a toxic environment, Tom and Sarah opened their home to me. I have spent the last 6 years watching them strive for the best life for my niece and nephew. I have never seen a couple work harder than them; this is why I have so much respect for the both of them. Tom is a family man; I have seen how much he loves and cares for his family.

Tom has a good attitude towards life. When someone is in need he does not hesitate to help, he takes up most care of his family and the people that matter most to him. My father and Tom were very close, Tom would often come down and have conversations with my dad, my father always speaks highly of him. That means a lot to me, my father is very down to earth and the most important thing to him has always been family. Anytime I have ever needed help, or my father has needed help He helped my father move furniture in my place when I couldn't. I needed a place to put my clothes as my room does not have a closet and Sarah found a used one for me and Tom went and picked it up in his truck and had it there the next day. When my father would go out to a sports bar, Tom always offered to run and ride him home if he ever needed it, which my father took him up on. Our neighbor next store neighbor has come and asked tom for help before with a plumbing issue and Tom went right over to help, he has even helped our neighbor chuck with car problems as well.

I have witnessed him use his gift to build to support his family financially but also as a way to spend time with them. He built a picnic table that doubles as a sand table and the kids love playing with it, especially my nephew. One summer Tom and Sarah bought the kids a large swing set for the backyard, I watched Tom spend a week putting it together. The swing set had a cross bridge and after work I stopped by to see how it was coming along and he was putting extra rope on the cross bridge, when I asked why he said he was concerned about the gap being too big and wanted to add extra rope for safety. Some nights I would come upstairs to talk to tom and sarah or see the kids and they would be playing a game of uno or checkers. On the fourth of July they get fireworks for the backyard and Tom will have the kids pick out what order to set them off in and go over safety, he would always hose the lawn before setting them off and have a fire extinguisher present. For Easter and Christmas, they would have a family dinner

and me, and my father were always welcomed and invited, we came up to sit down and eat the kids were always playing and excited.

I fully support Tom and the family and I'm here for anything they need. I understand how serious the circumstances surrounding the situation are. I do not condone anything that has happened. Tom is deeply remorseful and accepts responsibility for his actions. I believe moving forward he will be eager to take all steps possible to emerge a better person. I believe in his ability to pay his debt to society and face the consequences of making such a serious mistake.  At sentencing I'm asking for you to please show Tom mercy and that you would consider everything I have written in this letter, Thank you.


Sincerely,

*Audie Burdick*

Audie Burdick

(518) 334 – 6506

Colleen Groff
50 Dana Avenue Apt. 103
Wynantskill, NY 12198
October 24th, 2024

Judge Mae D`Agostino
U.S. District Court
445 Broadway Albany NY 12207

Your Honor, D`Agostino

   I`m writing this letter to show support for Thomas Berrington concerning his sentencing. I`m a friend of the family and have been a customer of Thomas Berrington many times. I`ve known him for 7 years.  My support does not come without much consideration given what has occurred. I`m baffled to say the least. Tom has always been a loving father and upstanding person, who is known in the community for his integrity and helping heart.

   My name is Colleen Groff, I'm single mother, I worked hard my entire life to support my family. I am now retired and raising my grandson. Tom is an honest, outstanding person who contributes to society, he is an extremely hardworking individual. His business conduct is highly professional.  Tom always exhibits loving and appropriate behavior towards his children. Me and my grandson have attended many family gatherings. Tom is always there helping and is very welcoming.

   Tom has personally helped me with my car many times when I needed it. He has helped with breaks, oil changes and much more. I had mentioned to Sarah about apart to my sunroof that had been sitting in my closet for over a year I kept forgetting about and later that same week he stopped by and put it in for me. I have been so appreciative of his help; Tom is always so thoughtful and considerate. Maintenance takes forever and Tom makes time, he is always willing to help. He is reliable, a man of his word. Knowing I can count on him is such a relief. Their daughter has been over many times to play Legos with my grandson, their children are very much loved.  When Tom is in my home, he is respectful, and playful with my dog Archie. Tom makes a difference in my life, he has saved so many of us when other family members have moved on and forgotten us.

   Since last year Tom seems intensely stressed.  Although I have asked how everything is, he is always very polite and reserved. He tells me how he is terribly busy with work. He is a good soul, and has a kind heart, there are no words to express how sorry he is. I have no doubt he will work diligently towards a positive future and his efforts will bring forth good works to our

community again. The heartache and weight of this sentencing affects his family and all who know him and love them deeply. I know that we are all hoping for the best possible outcome, I am aware of the terms of sentencing he faces and even the minimum years is such a long time for someone who has truly only wanted the best for his family, I plead for leniency.

I Am here for him and his family as support. Thank you for listening.
Sincerely

Colleen Groff
(518) 488-2680
Colleen19599@yahoo.com

Samantha Carpenter
101 Redcliff Row
Watreford NY 12188
Samielynn91@gmail.com
(518) 203-8587


12/12/2024


Judge Mae D' Agostino
US District Court Judge
445 Broadway Albany NY 12207

Dear Judge D' Agostino

   I`m writing a character letter on behalf of Thomas Berrington for support and so that you may know who he is as a person.

   My name is Samantha Carpenter, I`m a stay-at-home mom with 3 beautiful girls. I have known Tom my entire life. He is my cousin. We were always the best of friends growing up and hung out whenever we could. I have gone through a lot of terrible things in my life, and he has always been supportive, someone to talk to, someone I could ask for help with when I needed it. He has always been a caring, compassionate human being. Once he got married and started a family, I got to watch those traits grow by a million with his little family. He and his family would come to my children's parties and invite us to theirs. Our children have been playing together since they were born. We have been at Sarah and Toms house before, I have never worried or been afraid for them to be there. I have seen the way they raise their kids it is always with love and their best interest in mind.

   A lot of our family is crummy at best, but he is always put in the effort. He has always been a family-oriented person. He made me a beautiful dresser with my interests at heart, because he knew I needed one and my birthday was coming up. It was one of the most wonderful surprises. He has surprised me on my birthday with concert tickets to one of our favorite bands and we had an absolute blast, and the whole car ride there and back was spent talking about life and him being genuinely interested and just wanting to make sure that I was okay. He is protective of those he loves. He would give you the shirt off his back if it would help you in any way. He at heart is a genuinely loving and caring person who has always just wanted the best for everyone even at the cost of his own happiness.

   I know deep down when his mother passed, there was a sense of relief but also fear. I know his mom hurt him, their relationship was estranged but Tom always did his best to put that behind him and the relationship got worse until her tumor took her life. I know how badly this affected Tom. The stress that his mother's passing put on him is unimaginable with everything he went through as a child growing up in that environment. I know Tom has a similar condition and is scared. We as humans do the best we can with what we are given. I know there are circumstances and

consequences to them, but despite that I can tell you it is extremely hard to find people in this world today that care. That wants to help others and create happiness for the people around them. It makes me very sad that all of this is happening, and I just want him to know I'm so sorry that despite how wonderful of a person he is he's been dealt such a terrible hand from the very start, that his family (parents) had put him through so much unspeakable suffering, and yet he persisted and still did all he could to be better and do better, especially for his family.

I want him to know I love him and thank him for always being there for me and my family and being one of the only people I can depend on when it matters most. For what its worth, people make mistakes and life can be messy. But I do not believe that a mistake that was never meant or intended should be so harshly punished. Tom is deeply sorry and accepts responsibility. This is difficult for all of us, Tom means so much to all of us, his sentencing affects us all. I`m here for Tom and his family and ask that you please show as much leniency towards Tom as you can. I hope that you can look at my letter and understand Tom is worthy of a chance in life and holds great potential to contribute to society, he is the type of person people are willing to stand up for, given the circumstances that has mean something. Please let that be a factor when considering sentencing. Thank you so much for your time.


Sincerely,

Samantha Carpenter